HERBERT L. BERGER, Respondent, v. GERTRUDE CAPLIN et al., Individually and as Copartners Doing Business under the Name of THEATRE COMEDY ARTS COMPANY, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

In the Matter of AMERICAN THREAD COMPANY, Respondent. FREDERICK W. HUBER, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the petitioner-landlord-respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

In the Matter of the Estate of MARGARET E. MEYER, Deceased. FREDERICK F. FOX, Appellant; JOHN A. FOX, JR., et al., as Executors of MARGARET E. MEYER, Deceased, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [204 Misc. 265.]

BRIDGE HARDWARE CO., INC., Respondent, v. HYMAN HOROWITZ, Individually and as Treasurer of Plumbing, Hardware, Paint, Electrical, Radio Supplies and Automobile Accessories & Allied Trade Employees' Union Local No. 1146, A. F. of L. and Central Trades & Labor Council, an Unincorporated Association, et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

SYLVIA GREENFIELD, as Administratrix of the Estate of MICHAEL GREENFIELD, Deceased, Respondent, v. IRWIN L. NOVICK, Defendant, and SHWAYDER BROS., INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, the motion to vacate the summons granted and the cross motion to examine appellant before trial denied. The statute, section 52 of the Vehicle and Traffic Law, applies only where the person to be served was in fact the owner or operator of the automobile involved in the accident, and does not apply to a case like the present one where there is an attempt to predicate liability on ownership and operation by an alleged agent (*Wallace* v. *Smith*, 238 App. Div. 599). Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

KRISTINA LEIGH, Respondent, v. FRANK DELANEY et al., Defendants, and FIFTH AVENUE & 66TH STREET CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.